```
 1  Leo F. Donahue, Esq. - SB#114484
    LEO F. DONAHUE, INC.
 2  11344 Coloma Road, Suite 160
    Gold River, California 95670
 3  Tel: (916) 859-5999
    Fax: (916) 859-5984
 4  Email: donahue@lfdlaw.net

 5  Martin E. Jennings, Esq. - SB#040876
    217 Jefferson Street
 6  Roseville, California 95678
    Tel: (916) 791-2374
 7  Fax: (916) 791-3195
    Email: jvj@surewest.net
 8
    Attorneys for Plaintiff
 9  KUKUI HUGHES

10  LOUIS A. LEONE, ESQ. (CSB #099874)
    KATHLEEN DARMAGNAC, ESQ. (CSB #150843)
11  STUBBS & LEONE
    2175 N. California Blvd., Suite 900
12  Walnut Creek, CA  94596
    Telephone: (925) 974-8600
13  Facsimile: (925) 974-8601
    Email: darmagnack@stubbsleone.com
14
    Attorneys for Defendant
15  WINTERS JOINT UNIFIED SCHOOL DISTRICT

16
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUKUI HUGHES, | CASE NO. CIV.S-06-0922 FCD GGH |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER** |
| WINTERS JOINT UNIFIED SCHOOL DISTRICT, a Public Entity; and DOES 1 through 100, inclusive, | <u>"AS MODIFIED"</u> |
| Defendants. | |

Because of the complexities of the case and the geographic separation of the parties (the plaintiff now resides in Boulder, Colorado), therfore good cause exists to modify the existing

1

status (pretrial scheduling) order <u>ONLY as to discovery and expert designation deadlines</u>.  The parties do not seek to change the motion scheduling date (**June 8, 2007)**, pretrial conference date (**August 10, 2007)** or the trial date of **October 16, 2007**.

    IT IS STIPULATED by and between the parties and parties respectfully request that the Court order that:

    1.    All discovery shall be completed by **April 2, 2007**;

    2.    All counsel are to designate in writing, file with the court, and serve upon all other parties, the names, address, and areas of expertise of each expert they propose to tender at trial not later than **April 16, 2007.**  The designation shall be accompanied by a written report prepared and signed by the witness.  The report shall comply with Fed. R. Civ. P.26(a)(2)(B).  By **May 7, 2007**, any party who previously disclosed expert witnesses may submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has both previously retained an expert to testify on that subject.  The supplemental designation shall be accompanied by a written report which shall also comply with the conditions as stated above.  All experts designated are to be fully prepared at the time of **designation** to render an informed opinion, and give their basis for their opinion, so that they will be able to give full and complete testimony at any deposition taken by the opposing party. Experts will not be permitted to testify at the trial as to any information gathered or evaluated, or opinion formed, after deposition taken subsequent to designation. All expert discovery

1  shall be completed by **July 6, 2007.**
2      3.   The previous dates for completion of discovery
3  (February 1, 2007), disclosure of experts (February 15, 2007 and
4  March 7, 2007) and completion of expert discovery (April 4, 2007)
5  stated in this court's prior status (pretrial scheduling) order
6  dated July 7, 2006, are hereby vacated.
7      4.   As to all other dates contained therein, and in all
8  other respects, the July 7, 2006 scheduling order remains
9  unchanged.
10 Dated: December 18, 2006:    LEO F. DONAHUE, INC.
11
12     /s/ Leo F. Donahue
    Leo F, Donahue, Esq.
13     LEO F. DONAHUE, INC.
    Attorney for Plaintiff
14     KUKUI HUGHES
15 Dated: December 18, 2006    STUBBS & LEONE
16
17     /s/ Kathleen Darmagnac
    Kathleen Darmagnac, Esq.
18     Attorney for WINTERS JOINT UNIFIED
    SCHOOL DISTRICT
19
20
**ORDER**
21
    GOOD CAUSE appearing therefore, the Court shall modify the
22 discovery and expert designation as follows:
23
    Discovery shall be completed by    **April 2, 2007**
24
    Experts shall be designated by    **April 16, 2007**
25
    Supplemental experts, if any by    **May 7, 2007**
26
    Expert discovery completed by    **July 6, 2007**
27
    In light of the above extensions and the court's scheduling
28 practices, all the remaining dates shall be reset as follows:

3

```
 1
 2        Last day in which all dispositive motions shall be HEARD:
 3        **September 7, 2007**
 4        Final pretrial conference - **November 9, 2007 at 2:30 p.m.**
 5        with the joint pretrial statement due on **November 2, 2007.**
 6        Jury Trial - **January 16, 2008 at 9:00 a.m.**
 7
 8        IT IS SO ORDERED.
 9   Dated: December 21, 2006
10
11
12                                  _____
                                    FRANK C. DAMRELL, JR.
13                                  UNITED STATES DISTRICT JUDGE
```